# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS DAVENPORT, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 05-054-E-LMB |
| ) | |
| v. ) | MEMORANDUM DECISION |
| ) | AND ORDER |
| STATE OF IDAHO DEPARTMENT OF ) | |
| ENVIRONMENTAL QUALITY, ) | |
| ) | |
| Defendant. ) | |

Currently pending before the Court are: (1) Defendant's Motion for Reconsideration (Docket No. 55); (2) Plaintiff's Motion in Limine to Exclude Any Evidence of the Direct Threat Defense (Docket No. 58); and (3) Defendant's Motion to Deem Granted Defendant's Motion to Reconsider (Docket No. 63). The following Memorandum Decision and Order confirms and memorializes the rulings issued orally at the May 13, 2008 Pre-Trial Conference.

## I. ANALYSIS

**A.    Defendant's Motion for Reconsideration (Docket No. 55)**

Defendant's April 8, 2008 Motion for Reconsideration (Docket No. 55) is not opposed. (Docket No. 69). Therefore, Defendant's Motion is granted.

**B.    Plaintiff's Motion in Limine to Exclude Any Evidence of the Direct Threat Defense (Docket No. 58)**

Plaintiff's April 28, 2008 Motion in Limine to Exclude Any Evidence of the Direct Threat Defense (Docket No. 58) is not opposed. (Docket No. 73). Therefore, Plaintiff's Motion is granted.

MEMORANDUM DECISION & ORDER -1

**C.    Defendant's Motion to Deem Granted Defendant's Motion to Reconsider (Docket No. 63)**

Because Defendant's Motion for Reconsideration (Docket No. 55) has been granted here, Defendant's Motion to Deem Granted Defendant's Motion to Reconsider (Docket No. 63) is denied as being moot.

## II. ORDER

In accordance with the foregoing, IT IS HEREBY ORDERED:

1. Defendant's Motion for Reconsideration (Docket No. 55) is GRANTED;

2. Plaintiff's Motion in Limine to Exclude Any Evidence of the Direct Threat Defense (Docket No. 58) is GRANTED; and

3. Defendant's Motion to Deem Granted Defendant's Motion to Reconsider (Docket No. 63) is DENIED.



DATED: **May 14, 2008**.

/s/ Larry M. Boyle
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge